UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ALEX MATTHEW HAMMOND | CIVIL ACTION NO. 21-3727-P |
| VERSUS | JUDGE DOUGHTY |
| LOUIS HAMILTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, AJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS, DONE AND SIGNED**, in Monroe, Louisiana, on this the 28th day of September 2022.

```
_____
       TERRY A. DOUGHTY
    UNITED STATES DISTRICT JUDGE
```